FILED

2020 AUG -3 PM 4:45

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KENNETH SEMIEN, JONATHAN FRANKS, SEAN PEVSNER; <br><br> NATIONAL FEDERATION OF THE BLIND OF TEXAS; and <br><br> THE COALITION OF TEXANS WITH DISABILITIES, <br><br> Plaintiffs, <br><br> vs. <br><br> RUTH HUGHS, Texas Secretary of State, in her official capacity, <br><br> Defendant. | § § § § § § § § § § § § § § § § § § | Civil Action No. 1:20-cv-00789-LY |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT**

Before the Court is Plaintiffs' Unopposed Motion for Leave to File Plaintiffs' Motion for Preliminary Injunction to Exceed the Page Limit. Having considered the motion and all of the pleadings in the case, the Court is of the opinion it has merit and should be GRANTED.

It is therefore ORDERED that Plaintiffs be granted leave to file their Motion for Preliminary Injunction in excess of the page limit.

SIGNED this 3rd day of August, 2020.

_____
HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE