IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KENNETH SEMIEN; JONATHAN FRANKS; SEAN PEVSNER; NATIONAL FEDERATION OF THE BLIND OF TEXAS; AND THE COALITION OF TEXANS WITH DISABILITIES, *Plaintiffs*, v. RUTH HUGHS, Texas Secretary of State, in her official capacity *Defendant*. | CIVIL ACTION NO. 1:20-cv-00789-LY |

## ORDER

Now before the Court comes Secretary Hughs's Unopposed Motion for Extension of Time to File a Reply in Support of Her Motion to Dismiss, filed September 17, 2020. After considering the Motion, any response, and all other matters properly before the Court, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that Secretary Hughs's Unopposed Motion for Extension of Time to File a Reply is hereby GRANTED. The deadline for Secretary Hughs to file a reply in support of her Motion to Dismiss is extended to Friday, September 25, 2020.

DATE: September 18, 2020

HON. LEE YEAKEL
U. S. DISTRICT JUDGE