IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KENNETH SEMIEN, JONATHAN FRANKS, SEAN PEVSNER; <br><br> NATIONAL FEDERATION OF THE BLIND OF TEXAS; and <br><br> THE COALITION OF TEXANS WITH DISABILITIES, <br><br> Plaintiffs, <br><br> vs. <br><br> RUTH HUGHS, Texas Secretary of State, in her official capacity, <br><br> Defendant. | § § § § § § § § § § § § § § § § § § § | Civil Action No. 1:20-cv-00789-LY |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

**TO THE HONORABLE U.S. DISTRICT JUDGE LEE YEAKEL:**

Plaintiffs Kenneth Semien, Jonathan Franks, Sean Pevsner, National Federation of the Blind of Texas, and The Coalition of Texans with Disabilities (collectively "Plaintiffs"), state that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), they hereby voluntarily dismiss the above-captioned matter. The Defendant has not filed an answer or motion for summary judgment in this case.

DATED: December 23, 2020

                                                 Respectfully submitted,

                                                 */s/ Lia S. Davis*
                                                 LIA S. DAVIS
                                                 Texas State Bar No. 24071411
                                                 PETER HOFER
                                                 Texas State Bar No. 09777275
                                                 BRIAN EAST
                                                 Texas State Bar No. 06360800

    DISABILITY RIGHTS TEXAS
2222 West Braker Lane
Austin, Texas 78758-1024
(512) 454-4816 (phone)
(512) 454-3999 (fax)
Email: ldavis@drtx.org
Email: phofer@drtx.org
Email: beast@drtx.org

EVE L. HILL
  */s/ Eve L. Hill*
Maryland State Bar No. 19938
Brown Goldstein & Levy
120 E. Baltimore St., Ste. 1700
Baltimore, MD 21202
(410) 962-1030 (phone)
(410) 385-0869 (fax)
ehill@browngold.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on December 23, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

    */s/ Lia S. Davis*
    Lia S. Davis