IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



FILED
DEC 28 2020
CLERK U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| KENNETH SEMIEN, JONATHAN FRANKS, SEAN PEVSNER, NATIONAL FEDERATION OF THE BLIND OF TEXAS; AND THE COALITION OF TEXANS WITH DISABILITIES, § § § § § § § PLAINTIFFS, § § V. § § RUTH HUGHS, TEXAS SECRETARY § OF STATE, IN HER OFFICIAL § CAPACITY, § § DEFENDANT. § | CAUSE NO. 1:20-CV-789-LY |

## ORDER CLOSING CASE

Before the court is the above entitled cause. On December 23, 2020, Plaintiff filed Plaintiff's Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (Doc. #32). Accordingly,

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this _28th_ day of December, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE